UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

MARCUS JACOBSEN, : CIV. 11-4128

Plaintiff, : **STIPULATION FOR DISMISSAL**

vs. :

MID-CENTURY INSURANCE :
COMPANY,
:
Defendant.

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

Marcus Jacobsen and Mid-Century Insurance Company, by and through their respective counsel of record, hereby stipulate and agree that this action may be dismissed on the merits with prejudice and with the parties bearing their own costs.

Dated this 20 day of September, 2011.

                                       JOHNSON, HEIDEPRIEM & ABDALLAH, LLP

                                       By_____
                                       Scott N. Heidepriem
                                       431 N. Phillips Ave., Ste. 400
                                       PO Box 2348
                                       Sioux Falls, SD 57101
                                       Telephone: 338-4304
                                       Facsimile: 338-4162
                                       Email: scott@jhalawfirm.com
                                       Attorneys for Plaintiff

Case Number: CIV. 11-4128
Name of Document: Stipulation for Dismissal
Page 2

Dated this 21st day of September, 2011.

                                WOODS, FULLER, SHULTZ & SMITH P.C.

By _____
Jennifer L. Wollman
300 South Phillips Avenue, Suite 300
PO Box 5027
Sioux Falls, SD 57104
Telephone: 605-336-3890
Facsimile: 605-339-3357
Email: Jennifer.Wollman@woodsfuller.com