UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| MARCUS JACOBSEN, | ) | CIV. 11-4128-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| MID-CENTURY INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the stipulation for dismissal, it is

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on the merits with prejudice and with the parties bearing their own costs.

Dated September 26, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE